Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 7:22-CR-00056-001 |
| Jimmy Dewayne Jones | ) |
| | ) USM No: 35274-510 |
| Date of Original Judgment: 03/13/2023 | ) |
| Date of Previous Amended Judgment: N/A | ) Tim Saviello |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____18_____ months **is reduced to** _____12 months, plus 1 day_____ .

Jones was originally sentenced on March 9, 2023, to a term of 18 months imprisonment and a three-year term of supervised release, for the offense of Failure to Account for and Pay Over Employment Tax. His total offense level was determined to be 15 with a criminal history category 1, which yielded an advisory sentencing range of 18-24 months. The Court also imposed restitution in the amount of $493,331.78 and the $100 mandatory assessment. He was granted voluntary surrender and began his imprisonment sentence on May 22, 2023. He presently has a projected release date of June 1, 2024. Based on Part B, subchapter 1 of Amendment 821 of the *United States Sentencing Guidelines*, the defendant is eligible for a two-level reduction under the newly created provision found at USSG § 4C1.1(a) for certain zero-point offenders. Such a reduction results in a total offense level 13 with a criminal history category I, which yields an advisory sentencing range of 12-18 months. The government agrees Jones is eligible for the reduction and recommends a sentence at the bottom of the newly calculated range. The Court reduces Jones' sentence to 12 months, plus one day custody, effective February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated ___03/13/2023___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 1/12/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

W. Louis Sands, Senior U.S. District Judge
*Printed name and title*