# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Jimmy Dewayne Jones | **Repayment Agreement and Order** | No: 7:22-CR-00056-001 |

On March 9, 2023, Jimmy Dewayne Jones was sentenced to 18 months imprisonment, followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Jones. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on March 9, 2023, I have been ordered to pay a total restitution of $493,331.78 and a special assessment of $100.

2. On February 1, 2024, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on March 15, 2023. The current balance of my restitution is $492,931.78.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

_____   08/01/2024
Jimmy Dewayne Jones             Date

_____   08/01/2024
Desmond A. Phillips, U.S. Probation Officer   Date

_____   08/08/2024
Assistant U.S. Attorney          Date

---

**THE COURT ORDERS:**

☑ Approval    ☐ Disapproval

_____
W. Louis Sands
Senior U.S. District Judge

08/13/2024
Date